UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOY G. JONES, )
 )
    Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 5:11-CV-206-FL
 )
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
 )
    Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which defendant timely objected and plaintiff responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 17, 2012, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. This matter is remanded to the Commissioner for further proceedings consistent with the memorandum and recommendation.

**This Judgment Filed and Entered on August 17, 2012, and Copies To:**

Lawrence Witten berg (via CM/ECF Notice of Electronic Filing)
Robert K. Crowe (via CM/ECF Notice of Electronic Filing)

August 17, 2012                                JULE A. RICHARDS, CLERK
                                                    /s/ Christa N. Baker
                                                    (By) Christa N. Baker, Deputy Clerk