IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:11-CV-206-FL
Western Division

| | |
|---|---|
| JOY G. JONES, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| | )    ORDER |
| MICHAEL J. ASTRUE, | ) |
|   Commissioner of Social Security, | ) |
|     Defendant. | ) |

This is a Social Security case in which a judgment and order were entered reversing the Commissioner's Decision and remanding the case. The Plaintiff has moved for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $5,337.50, and the commissioner has no objection to an award in this amount.

On the basis of Plaintiff's motion and supporting documents, IT IS ORDERED that the Commissioner of Social Security pay $5,337.50 in attorney's fees in full satisfaction of any claim for fees, costs, and other expenses pursuant to EAJA.

This the 17th day of ~~August~~ Sept., 2012.

_____
United States District Judge